M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2021 OCT 12 P 12: 19

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Gordon P Zito )
Full name and prison name of )
Plaintiff(s) )
 )
v. )
 ) CIVIL ACTION NO. 1:21-cv-677-WHA-JTA
Jason Smoak ) (To be supplied by Clerk of U.S. District
Spencer Downs ) Court)
James Brazier )
Mark Trawick )
Stephanie Fears )
Sharon King )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐ No ☑

    B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES ☐  NO ☑

    C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff (s) _____

            _____

            Defendant(s) _____

            _____

        2.  Court (if federal court, name the district; if state court, name the county)

            _____

            _____

3. Docket number _____

4. Name of judge to whom case was assigned _____
_____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT 901 East Main ST Dothan Al 36301

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED 901 East Main ST. Dothan Al. 36330

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                          ADDRESS

1. Jason Smoak, Huston County Jail 901 E. Main ST Dothan AL 36301
2. Spencer Downs, Huston County Jail, 901 E. Main ST Dothan Al. 36301
3. James Brazier, Huston County Jail, 901 E. Main ST Dothan AL. 36301
4. Mark Trawick, Huston County Jail, 901 E. Main ST Dothan AL. 36301
5. Stephanie Fears, Huston County Jail, 901 E. Main ST Dothan AL 36301
6. Sharon King, Huston County Jail, 901 E. Main ST. Dothan AL 3630

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED 9-25-2021 thru 10-7-2021

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: (Jason Smoak) Thay put us in A Room 18, oF us, with no Bathroom or water, we had To Lay on The Floor, For 14 Days For Quarintene For The cov-19.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

And we had No Shower For 3 Days, Buy MARK Trawick, he Told us To Shower IN The Sink.

GROUND TWO: No Sanitation,

SUPPORTING FACTS: 14 Day with No cleaning Slop. ~~[scribbled]~~ To even clean For COV-19 People urnateing IN mop Buckets, This is verry Nasty.

GROUND THREE: _____

SUPPORTING FACTS: _____

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Justice & Resolution. This type treatment is inhumane. Animals have it better than we do @ this jail.

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on Oct. 7, 2021
             (Date)

_____
Signature of plaintiff(s)

GORDON Zito DK#50495
Huston County Jail,
901 E. Main ST.
Dothan Al. 36301

MONTGOMERY AL 360
8 OCT 2021 PM 4 L



HOUSTON COUNTY JAIL
INMATE MAIL

OFFice of the Clerk
United States District court
middle District of Alabama
1 church Street, Suite B-110
Montgomery, AL 36104-4018